IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                           4:11CR00029-01-BRW

FRED NEAL, JR.

## ORDER

Pending is the Motion to Withdraw as Counsel for Fred Neal, Jr. (Doc. No. 58) filed by counsel for the defendant, Kim Driggers. On review of the Motion, the Court finds that the Motion should be, GRANTED. James H. Phillips, 111 Center Street, Little Rock, AR 72201 and telephone number (501)376-3003, will be appointed to represent Mr. Neal and a CJA Voucher will be sent to Mr. Phillips forthwith. The Clerk's office is directed to make the substitution on the Court's docket.

IT IS SO ORDERED this 5th day of November, 2012.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

ordapptcounsel1.wpd