**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA

VS.                                  4:11-CR-00029-02-BRW

DORIS NEAL

## ORDER

The record establishes[1] that Defendant Doris Neal has died; therefore, the case is dismissed as to Defendant Doris Neal.[2]

IT IS SO ORDERED this 6th day of May, 2013.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1]*See* Doc. No. 74.

[2]Defendant Doris Neal's Motion to Dismiss Indictment (Doc. No. 71) is GRANTED, as to Defendant Doris Neal only.